UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE VALENT,
    *Plaintiff*,

Civil No. 20-10120

v.

Hon. Matthew F. Leitman
United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,
    *Defendant*.
_____/

Hon. R. Steven Whalen
United States Magistrate Judge

# JUDGMENT

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

**IT IS ORDERED AND ADJUDGED** that the case is **REMANDED** to the Commissioner of Social Security for further proceedings.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764