UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE VALENT,

    Plaintiff,                                       Case No. 20-cv-10120
                                                Hon. Matthew F. Leitman

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION
FOR ATTORNEY FEES (ECF No. 10)**

        In this action, Plaintiff Michelle Valent challenged the decision of Defendant Commissioner of Social Security to revoke her Social Security Disability Insurance Benefits. (*See* Compl., ECF No. 1.) The parties settled their dispute, and on January 23, 2020, they entered into a stipulated order remanding this action to the Commissioner for further administrative procedures pursuant to sentence four of 42 U.S.C. § 405(g). (*See* Stip. Order, ECF No. 8.)

        Now pending before the Court is Valent's motion for attorney fees in the amount of $900.75 under the Equal Access to Justice Act, 28 U.S.C. § 2412. (*See* Mot., ECF No. 10.) The Commissioner does not oppose Valent's motion. (*See* Resp., ECF No. 12.) The Court has reviewed the motion and concludes that the fee request is reasonable.

1

Accordingly, for the reasons stated above, Plaintiff's unopposed motion requesting $900.75 in attorney fees pursuant to the Equal Access to Justice Act (ECF No. 10) is **GRANTED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 28, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764